**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ADAMS OUTDOOR ADVERTISING LIMITED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MADISON and MATTHEW TUCKER,<br><br>　　　　　Defendant. | Case No. 17-cv-576-jdp |

## NOTICE OF APPEAL

Notice is hereby given that Adams Outdoor Advertising Limited Partnership ("Adams"), the plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the U.S. District Court for the Western District of Wisconsin's April 7, 2020 Opinion and Order (Dkt. 118) denying Adams' motion for partial summary judgment (Dkt. 61) and granting defendants' motion for summary judgment (Dkt. 70) and the district court's April 8, 2020 order entering judgment in favor of defendants in the above-captioned matter.

[*The remainder of this page is intentionally left blank*]

**Respectfully submitted,**

DATED:  April 23, 2020

*/s/ Brian H. Potts*
Brian H. Potts (Wis. Bar No. 1060680)
BPotts@perkinscoie.com
David R. Zoppo (Wis. Bar No. 1094283)
DZoppo@perkinscoie.com

**Perkins Coie LLP**
33 East Main Street
Suite 201
Madison, WI  53703-3095
Telephone:  608.663.7460
Facsimile:  608.663.7499

*Attorneys for Plaintiff Adams Outdoor Advertising Limited Partnership*